Robert D. SCHLUP, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66882.

Missouri Court of Appeals,
Western District.

March 20, 2007.

Mark Allen Grothoff, State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Jayne T. Woods, Office of Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Robert Schlup ("Schlup") appeals the denial, following an evidentiary hearing, of his Rule 29.15 motion. Schlup claims that his trial counsel was ineffective by failing

to object to the testimony of an expert witness, whose testimony was based, in part, upon the findings of a separate, nontestifying expert. Having fully considered the record on appeal, and finding no prejudice, this court affirms. Rule 84.16(b).